Dismissed and Memorandum Opinion filed November 3, 2005









Dismissed and Memorandum Opinion filed November 3,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00501-CR

____________

 

MELVIN CHARLES PAUL,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
174th District Court

Harris County, Texas

Trial Court Cause
No. 844,969

 



 

M E M O R A N D U M   O P I N I O N

On October 21, 2005, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed November 3, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.